IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00364-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERNIE SALDUA, JR.,

        Defendant.

---

**ORDER CONTINUING SUPERVISION AND
WITHDRAWING PETITION FOR SUMMONS**

---

        THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case. The Court, having been advised of defendant's improved conduct, hereby

        ORDERS the petition for violation of supervised release, dated the 23rd day of December, 2008, is hereby withdrawn, and the defendant is continued on supervised release on the same terms and conditions as before.

        DATED at Denver, Colorado, this 23rd day of June, 2009.

        BY THE COURT:

        s/ Walker D. Miller

        _____
        WALKER D. MILLER, Senior Judge
        United States District Court